FILED

09/04/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0026

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0026

_____

DENISE F. ARCHER, JAMES G. ARCHER,
LISA BRYANT, GREGORY CHAPMAN,
LAURA NIERS, RUTGER NIERS, GREGORY
SMITH, ANTOINETTE WAGNER, and ROGER
WAGNER,

        Plaintiffs and Appellants,                    O R D E R

    v.

MICHELLE JANZ and GORDON TAIT,

        Defendants and Appellees.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Danielle Coffman, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 4 2024